**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ADMIRAL INSURANCE COMPANY**, <br><br> v. <br><br> **J.P. MASCARO & SONS, et al.** | **CIVIL ACTION** <br><br> **No. 25-1547** |

## ORDER

**AND NOW**, this 27th day of March 2026, upon review of Plaintiff's Motion for Judgment on the Pleadings, Defendants' opposition thereto, as well as all replies and sur-replies, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 19) is **GRANTED**.

2. Judgment is **ENTERED** in favor of Plaintiff, Admiral Insurance Company, and against Defendants, J.P. Mascaro & Sons, Solid Waste Services, Inc., and Total Recycle, Inc.

3. Admiral has no duty to defend J.P. Mascaro & Sons, Solid Waste Services, Inc., and Total Recycle Inc. in the lawsuit captioned *Patricia Bischoff, as Administrator of the Estate of Kellen J. Bischoff v. J.P. Mascaro & Sons, Solid Waste Services, Inc., J.P. Mascaro Total Recycle, Total Recycle Inc., et al.*, pending in the Court of Common Pleas for Philadelphia County, at Docket No. 241101122.

4. Admiral has no duty to indemnify J.P. Mascaro & Sons, Solid Waste Services, Inc., and Total Recycle Inc. in the lawsuit captioned *Patricia Bischoff, as Administrator of the Estate of Kellen J. Bischoff v. J.P. Mascaro & Sons, Solid Waste Services, Inc.,*

*J.P. Mascaro Total Recycle, Total Recycle Inc., et al.*, pending in the Court of Common Pleas for Philadelphia County, at Docket No. 241101122.

5.  The Clerk is **DIRECTED** to close this case.

**BY THE COURT:**

*/s/ Catherine Henry*

**CATHERINE HENRY, J.**